**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-2073**

---

ROLAND ONAWOLA, Dr.,

             Plaintiff - Appellant,

      v.


JOHNS HOPKINS UNIVERSITY; JOHNS HOPKINS
UNIVERSITY BOARD OF TRUSTEES; WILLIAM R.
BRODY, President; MICHAEL KLAGG, Dean; ALFRED
SOMER, Former Dean; JONATHAN SAMET, Dr.; KATHY
HELZLSOUER, Dr.; GEORGE COMSTOCK, Dr.; ROSA
CRUM, Dr.; TAHA TAHA, Dr.; LISA JACOBSON, Dr.;
FRANCES BURMAN, Dr.; GENEVIEVE MATANOSKI, Dr.;
JOHN DOES 1-5,

             Defendants - Appellees,


                                            Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:07-cv-
00870)

---

Submitted: March 28, 2008            Decided: May 5, 2008

---

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

———————————

Roland Onawola, Appellant Pro Se.  Philip Shams Roberts, Terri Lynn Turner, JOHN HOPKINS UNIVERSITY, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roland Onawola appeals the district court's order dismissing this action on the basis of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Onawola v. Johns Hopkins Univ.</u>, No. 1:07-cv-00870 (D. Md. Sept. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>